FILED

MAY 0 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. BURNS,<br><br>                        Petitioner,<br><br>   v.<br><br>GARY SWARTHOUT, Warden,<br><br>                       Respondent. | Case No. C 11-06301 EJD (PR)<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including **June 25, 2013**, in which to file and serve a response to the petition for writ of habeas corpus. Petitioner shall file and serve a traverse or an opposition or statement of non-opposition within **thirty (30) days** of the filing of an answer or a motion to dismiss. In the event respondent files a motion to dismiss, respondent shall file and serve a reply within **fifteen (15) days** of the filing of any opposition.

IT IS SO ORDERED.

Dated: 5/1/13

The Honorable Edward J. Davila
United States District Judge

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD L BURNS,

    Petitioner,

v.

GARY SWARTHOUT, Warden,

    Respondent.

Case Number: CV11-06301 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____5/02/13_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard L. Burns AA-7046
Bldg. 1-244
California State Prison, Solano
P. O. Box 4000
Vacaville, CA 65696-4000

Dated: _____5/02/13_____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk