UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| WILLIAM GUY, | No. 12-CV-6301 JD (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| W. BAPTISTA, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of WILLIAM GUY, inmate no. C-53829, presently in custody at the Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: May 15, 2015

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, Salinas Valley State Prison

GREETINGS

WE COMMAND that you have and produce the body WILLIAM GUY, inmate no. C-53829 of in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 9:00 a.m. on June 19, 2015, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of GUY v. BAPTISTA, et al, and at the termination

United States District Court — For the Northern District of California

of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

    Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: May 15, 2015

                                RICHARD WIEKING
                                CLERK, UNITED STATES DISTRICT COURT

                                By: Linn Van Meter
                                    Administrative Law Clerk

Dated:  May 15, 2015



NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| WILLIAM GUY, | No. 12-cv-6301 JD (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| W. BAPTISTA, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on May 15, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

William Guy
C-53829
Salinas Valley State Prison
P. O. Box 1050
Soledad, CA 93960

Litigation Coordinator
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3