UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| WILLIAM GUY,<br><br>        Plaintiffs,<br><br>   v.<br><br>W. BAPTISTA, et al.,<br><br>        Defendants. | Case No.  12-cv-06301-JD   (NJV)<br><br>**ORDER GRANTING REQUEST TO CHANGE TIME OF SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 59 |

Pursuant to the request of defense counsel, the time of the settlement conference in this case, now set for 9:00 a.m. on June 19, 2015, is changed to 11:00 a.m. on the same date.  Defense counsel in Haddix v. Burris, 12-1674 EMC, has agreed that the settlement conference in that case can be moved to 9:00 a.m.

**IT IS SO ORDERED**.

Dated: June 8, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge