United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    WILLIAM GUY,                              Case No.  12-cv-06301-JD   (NJV)

                  Plaintiff,
8
                                               **REPORT OF PRO SE PRISONER**
9          v.                                  **EARLY SETTLEMENT PROCEEDING**

10   W. BAPTISTA, et al.,

                  Defendants.
11

12

13         A settlement conference was held on June 19, 2015 at Solano State Prison, and the results

14   of that proceeding are indicated below:

15         (1)  The following individuals, parties, and/or representatives participated in the

16              proceeding, and each possessed the requisite settlement authority:

17              (X )  Plaintiff, William Guy Pro Se.

18              (  )  Warden or warden's representative

19              (X )  Office of the California Attorney General, Michael Quinn.

20              (  )  Other:

21         (2)  The following individuals, parties, and/or representatives did not appear:

22         _____

23         (3)  The outcome of the proceeding was:

24              (X )  The case has been completely settled.  Telephonic Status Conference is set for

25   July 21, 2015 at 1:00.  Defense counsel shall facilitate Plaintiff's telephonic appearance.

26              (  )  The case has been partially resolved and counsel for defendants shall file a joint

27   stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

28   attached remain for this Court to resolve.

1          ( )  The parties are unable to reach an agreement at this time.

2          **IT IS SO ORDERED.**

3     Dated: 7/7/15

4                                                  _____

5                                                  NANDOR J. VADAS
                                                   United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

6

7

WILLIAM GUY,

Case No.  12-cv-06301-JD   (NJV)

Plaintiff,

8

v.

9

**CERTIFICATE OF SERVICE**

10

W. BAPTISTA, et al.,

Defendants.

11

12

13

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

District Court, Northern District of California.

14

15

That on July 7, 2015, I SERVED a true and correct copy(ies) of the attached, by placing

said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

16

17

depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

receptacle located in the Clerk's office.

18

19

William  Guy ID: C-53829
Salinas Valley State Prison
P. O. Box 1050

20

Soledad, CA 93960

21

22

Dated: July 7, 2015

23

24

Richard W. Wieking
Clerk, United States District Court

25

26

27

B _____
Gloria Knudson, Deputy Clerk to the

28

Honorable NANDOR J. VADAS

3