UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GUY,<br>      Plaintiff,<br><br>   v.<br><br>W. BAPTISTA, et al.,<br>      Defendants. | Case No.  12-cv-06301-JD<br><br>**ORDER DISMISSING CASE**<br>Re: Dkt. No. 64 |

The parties in this case have reached a settlement and submitted a signed stipulation for the action to be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The motion (Docket No. 64) is **GRANTED** and this case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: July 10, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM GUY,

    Plaintiff,

v.

W. BAPTISTA, et al.,

    Defendants.

Case No.  12-cv-06301-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 10, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Guy ID: C-53829
Salinas Valley State Prison
P. O. Box 1050
Soledad, CA 93960

Dated: July 10, 2015

Richard W. Wieking
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2